# UNITED STATES DISTRICT COURT

### for the
### Southern District of Illinois

SCANNED at MENARD and E-mailed·
2-28-24 by JA 18 pages
Date    initials    No.

Delvon Brown _____ )
_____ )    Case Number: 24-572-DWD
_____ )    _____
_____ )    *(Clerk's Office will provide)*
_____ )
*Plaintiff(s)/Petitioner(s)* )
v. )    ☑ CIVIL RIGHTS COMPLAINT
~~LT. Dallas~~ )    pursuant to 42 U.S.C. §1983 (State Prisoner)
C.O. Rayford, C.O. BJ-~~John Doe~~, )    ☐ CIVIL RIGHTS COMPLAINT
C.O. Hughes, C.O. Gracia, )    pursuant to 28 U.S.C. §1331 (Federal Prisoner)
~~Anthony Wills~~ )    ☐ CIVIL COMPLAINT
_____ )    pursuant to the Federal Tort Claims Act, 28 U.S.C.
*Defendant(s)/Respondent(s)* )    §§1346, 2671-2680, or other law

## I. JURISDICTION

### Plaintiff:

A.    Plaintiff's mailing address, register number, and present place of confinement.

Delvon Brown #Y49809
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

### Defendant #1:

B.    Defendant **C.O. Rayford** is employed as
      (a)    (Name of First Defendant)

**Correctional Officer and Tact.team member**
      (b)    (Position/Title)

with **Menard Correctional Center**
      (c)    (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If your answer is YES, briefly explain: Yes, He is employed by the State of Illinois at menard C.C. and was the officer who assaulted Plaintiff and knocked his two front teeth out.

Rev. 10/3/19

**Defendant #2:**

C.    Defendant ___C.O. "BJ" - ~~John Doe~~ LT. Dallas___ is employed as

(Name of Second Defendant)

___Correctional officer and tact. team member___
(Position/Title)

with ___Menard Correctional Center___
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain: Yes, He employed by the State
of Illinois and he was one of the officers holding
Plaintiff against the wall while C.O. Rayford beat his
face into the wall knocking his teeth out.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant #3: Defendant C.O. Hughes is employed as
Correctional officer and tact. team member with menard
Correctional Center. Yes, He is employed by the State of Illinois
and he was the other officer holding plaintiff against the wall
while C.O. Rayford beat his face into the wall knocking his two teeth out.

Defendant #4: Defendant C.O. Gracia is employed as
Correctional Officer and tact. team member with
menard Correctional Center
Yes, He is employed by the State of Illinois and he was my
Segregation 4 gallery officer and denied Plaintiff medical
treatment and threatened Plaintiff for filing grievances about
the assault that happened to Plaintiff.

Rev. 10/3/19

**IV.    STATEMENT OF CLAIM**  Page 1 of 2

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On about 9/28/23 at around 9:00am during a east house tactical shake down we all inmates was taken to the chapel hall where I Delvon Brown was in east house cell 3-10 upon which while I was handcuffed behind my back sitting half turned talking to someone behind me that's when tact. C.o Rayford 4840 in tactical gear told me to stand up and come and face the wall which I complied that is when officers Rayford, Lt. Dallas, and hughes all in tactical gear came and forcefully grabbed me upon which C.o Rayford grabbed my hair and began slamming my face into the wall which I yelled for him to chill out and stop which he then kept poking me in the face which I tried to turn my face from him which he then slammed my face into the wall again yelling saying when I tell you to do something you do it! I then said you mad for no reson He then said "I'm finna show you mad and then slammed my face into the wall a third time all while officers Lt. Dallas and C.o hughes stood there holding me against the wall watching they then took me out of the chapel and proceed to walk me to segregation and on they way I spit (2) two of my teeth out I then asked the tact team members can I pick my teeth up which one of them said Fuck you and keep your head down while twisting my handcuffs. Which I was placed in northa-431 I was kept without sheets, clothes, and hygienes for 4 days my gallery officer was officer Gracia which I was complaing to him that I was having severe mouth pain and being dizzy, which C.o Gracia ignored my plea for help and medical treatment. I tried to get the nurses attention when they was passing out medications but they also ignored my complaints. I have written over 6 grievances on the incident but never got a response back. Weeks later my mouth had caught an infection which I wrote the health care unit and informed them but I was never giving any antibiotics for the infection. on October 21, 2023, I fainted and it took 5-7 minutes for the officers to wake me up which nurse Angie was present but only was concerned about passing meds. I then woke up and spit up blood thats when C.o Ackins had took me to health care at 11:00 Pm to be seen by nurse John Doe who looked at my mouth and Seen 2 teeth was broken and missing and I had a infection in my mouth he then looked at my dental x-ray from Sheridan c.c and seen I had both of my teeth before I came to Menard c.c next I was taken back to north2 where I was constantly being denied dental so I can get the little shards of teeth that is still in my mouth at this moment, so I kept writing C.o Coolet also known as "big show cause his size came to my cell and tried to intimidate me and threaten me to put me behind the metal door and mace me because I was causing them prombles by

Rev. 10/3/19

2.    What was the result? A investigation was done but nothing came about it and I never heard back from Internal Affairs again.

G.    If your answer is NO, explain why not.


H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

( Grievance EXHIBIT:                              )

Rev. 10/3/19

# STATEMENT OF CLAIM. Page 2 of 2

Writing grievances, c.o gracia also told me he don't know why I keep writing grievances when I see they not going to do anything for me which he laughed at me. Its is now February 2024 and I still have not gotten a response back from Springfield on my grievances or the director Latoya hughes, or the warden Anthony Wills who I have written multiple times I am being targeted by the c.o's and tact team officers. I have been denied access to the law library so I can file my suit I also have written grievances on that also. Somebody from Internal Affairs came to talk to me about the assault but I never heard Anything else back from them they told me the ticket I received would be taken off my ticket history which the ticket states I was standing up And refused to sit down and not listening which don't make sense I have over 10 witness in the east house that will say that was false I never stood up I was Sitting down talking not causing any trouble what so ever.

7.   Approximate date of filing lawsuit: Feb 21, 2024

8.   Approximate date of disposition:

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" No

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take? I placed several grievances in Menard black grievance Box and I received a grievance receipt with grievance for each grievance.

2.   What was the result? I Still have not got a response back or even receive my grievance back from the Counselor or grievance office.

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☑ Yes   ☐ No

F.   If your answer is YES,
1.   What steps did you take? Yes, I notified Internal Affairs about me being assaulted.

Rev. 10/3/19

## II.   PREVIOUS LAWSUITS

A.     Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☐No

B.     If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).   FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.     Parties to previous lawsuits:
Plaintiff(s): Delvon Brown

Defendant(s): Nurse Anije  Nurse Morgan  John Doe (E)  Comm Dolce

2.     Court (if federal court, name of the district; if state court, name of the county): Southern District

3.     Docket number: 8:24 =cv-00477

4.     Name of Judge to whom case was assigned:

5.     Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights

6.     Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

Rev. 10/3/19

**Instructions for Filing a Pro Se Civil Complaint for
Civil Rights Violations or Other Civil Claims Filed
by a Person in Custody
in the United States District Court
for the Southern District of Illinois**

1.  The attached civil complaint form may be used in a civil action (except habeas corpus actions) filed in this district by a person in custody. You may use this form even if your claims are not limited to civil rights or federal tort claims. A different form should be used in habeas corpus actions, including actions brought under 28 U.S.C. §§ 2241, 2254, or 2255 (copies are available from the clerk's office).

2.  Your complaint must be prepared and submitted as set forth in these instructions. The court may dismiss, strike, or order the return of papers that do not comply.

3.  Submit the original complaint and any supporting exhibits for filing (see paragraph 16 below). You are strongly encouraged to keep a copy of all documents you submit for filing. **Any document submitted for filing must be on 8 ½″ x 11″ paper**. If the judge orders service of process on one or more defendants, the clerk will make copies of your complaint for service on those individuals.

4.  Your complaint may be typed or handwritten. If handwritten, it must be readable. All questions must be answered clearly and completely. It is not necessary to have your complaint notarized, but it must include a declaration under penalty of perjury that the information you provide is true and correct. A deliberate false statement of fact may serve as the basis of summary dismissal of your case or other sanctions. **Your complaint must be signed and dated.**

5.  Confine your answers to the space provided on the <u>front</u> of the page. You may use additional pages (on 8 ½″ x 11″ paper) if more space is needed. State only when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law.

6.  You must pay a filing fee of $405.00 at the time you file your complaint. If you are unable to prepay the entire filing fee and service costs for your lawsuit, you may seek permission to proceed without prepaying fees or costs by filing a motion to proceed *in forma pauperis*. A form motion is available from the clerk's office. Follow the directions on that form and answer all questions clearly and concisely. You must include a statement of your assets, and you must have an authorized institutional officer complete the certification section on the last page of the form. You must also submit a certified copy of your prison or jail account statement for the last six months. **If you submit an incomplete form or do not submit a statement of assets**

**and a prisoner or jail account statement with your form, your request to proceed** *in forma pauperis* **may be denied.**

7.    If your motion to proceed *in forma pauperis* is granted, the court will assess an initial partial filing fee. This initial partial filing fee will be equal to 20% of the average monthly deposits to your prison or jail account or 20% of the average monthly balance in your prison or jail account for the six months immediately preceding the filing of the lawsuit , whichever is greater. **These funds will be sent directly to the court from your prison trust account after the court enters its order assessing the initial partial filing fee,** pursuant to 28 U.S.C. § 1915(b)(1). If you are without funds <u>and</u> have been without funds for the six months preceding the filing of your complaint, the court will not assess an initial filing fee. Instead, the court will order you to pay the filing fee in installments until the filing fee has been paid, pursuant to 28 U.S.C. § 1915(b)(4).

8.    Whether or not you pay an initial partial filing fee, pursuant to 28 U.S.C. § 1915(e)(2), you will owe the full balance of any unpaid filing fee, **even if your case is subsequently dismissed voluntarily or because it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.** Until the amount of the filing fee is paid in full, each month you will owe 20% of your preceding month's income toward the balance. The institution that has custody of you will collect that money and send payments to the court any time the amount in your account exceeds $10.00, pursuant to 28 U.S.C. § 1915(b)(2). **You should carefully consider this information before you decide to file a civil action in federal court.**

9.    If, at any time during your current or previous imprisonment or detention, you have had three or more actions or appeals dismissed as frivolous, malicious, or for failure to state a claim on which relief can be granted, then, while you are a prisoner, you will be prohibited from bringing any additional claims, actions, or appeals *in forma pauperis* unless you are in <u>imminent</u> danger of serious physical injury at the time you file your claim, action, or appeal. *See* 28 U.S.C. § 1915(g).

10.    You are required to disclose any other lawsuits you filed while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law. You are required to disclose your litigation history, including "strikes," regardless of the form you use to prepare your complaint. <u>FAILURE TO DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.</u>

11.    After the complaint is filed, the original of any motion, pleading, or other paper submitted for consideration by the court should be filed with the clerk. You must

Page 2 of 4

14. You have a continuing obligation to keep the Court and each opposing party informed of any change in your address. The Court will not independently investigate your whereabouts. You must notify the Court in writing of your new address within 7 days after a transfer or other change in address occurs. Failure to do so may result in dismissal of your case.

15. Self-representation carries certain responsibilities and risks that a *pro se* litigant should know before proceeding. The court encourages all individuals who are thinking about self-representation to carefully review the risks associated with self-representation and to be aware of the potential consequences. Rule 11 of the Federal Rules of Civil Procedure prohibits the filing of lawsuits that are clearly frivolous or filed merely to harass someone. If, after reviewing your complaint, a judge determines that you have filed a lawsuit for an improper or clearly unnecessary purpose, it may impose sanctions against you, including ordering you to pay a fine to the court or to pay the legal fees of the person or persons against whom you filed the lawsuit. The court has a form motion with which you may request appointment of counsel. If you wish to file such a motion, you may request the appropriate form from the clerk's office. Ordinarily, the court will not consider your motion until **after** you have filed your complaint and permission to proceed without prepaying fees or costs has been granted. Bear in mind that there is no right to counsel in a civil case, and motions to appoint counsel are not automatically granted.

16. When your complaint is complete, submit it to prison library staff (if you are at an institution that participates in the electronic filing program) or mail the original and any supporting exhibits (and an extra copy if you want a file-stamped copy returned to you), along with the **$405.00** filing fee or a motion to proceed *in forma pauperis*, to either:

| | |
|---|---|
| **Clerk of the Court** | **Clerk of the Court** |
| **United States District Court** | **United States District Court** |
| **Southern District of Illinois** | **Southern District of Illinois** |
| **301 West Main Street** | **750 Missouri Avenue** |
| **Benton, IL 62812** | **East St. Louis, IL 62201** |

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically**. And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this ___*1983 Complaint*___ was mailed/delivered
(Name of Document)

to _____ on _____.
(Name and Address of Party/Attorney)                (Date)

_____
Signature

_____
Printed Name

---

12.  Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13.  You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

Delvon Brown )
Plaintiff, )
)
)
VS. )                Case No.: _____
)
C.O. Rayford, et al )
Defendant )

## NOTICE OF FILING

TO: Clerk of the Court       TO: _____
Southern Illinois Civil Courthouse     _____
750 Missouri Avenue        _____
East ST. Louis, IL 62201        _____

TO: _____       TO: _____
_____       _____
_____       _____
_____       _____

PLEASE TAKE NOTICE that on _____, 20_____, I have provided service to the person(s) listed above by the following means:

☑    Electronically filed through _____ Correctional Law Library

☑    Institutional mail at _Menard_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: _____        /s/ _Delvon Brown_
NAME: _Delvon Brown_
IDOC#: _Y49809_
_Menard_ Correctional Center
P.O. Box _1000_
_Menard_, IL _62259_

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Plaintiff is seeking $200,000 in money damages,
Plaintiff is seeking $50,000 in punitive damages from defendants,
Plaintiff is seeking medical treatment to have teeth repaired.

## VI.   JURY DEMAND (*check one box below*)

The plaintiff ☑ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

✱ Signed on: 2-26-24
(date)

_Kelvon Brown_
Signature of Plaintiff

711 Kaskaskia Street
Street Address

Delvon Brown
Printed Name

Menard, IL 62259
City, State, Zip

Y49809
Prisoner Register Number

Signature of Attorney (if any)

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date / Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80



2-28-24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Brown, Delvon                    Y49809
_____        _____
Name                             ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?     (Yes) or  No

    If this is a habeas case, please circle the related statute:    28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?     Yes or (No)

    If yes, please list case number: _____ N/A _____

    If yes, but you do not know the case number mark here: _____

3.  Should this document be filed in a pending case?     Yes or (No)

    If yes, please list case number: _____ N/A _____

    If yes, but you do not know the case number mark here: _____

4.  Please list the total number of pages being transmitted:     18.

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| — Complaint and | 13 |
| — Motion For Recruitment of Counsel | 2 |
| — Application To Proceed Without Costs | 2 |
| — Marshals Process Receipt and Return | 1 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.